# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Bell

V.

Hernandez

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1095-LAB(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court overrules petitioner's objections and adopts the Report and Recommendation. The petition is denied with prejudice............................................................................................................................

| February 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/K. Johnson |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 2, 2007 |

05cv1095-LAB(JMA)