# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT BELL, <br><br> Petitioner, <br> vs. <br> ROBERT HERNANDEZ, Warden, <br><br> Respondent. | CASE NO. 05cv1095-LAB (JMA) <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On March 21, 2007, Petitioner filed a Notice of Appeal. In its order of February 1, 2007, the Court denied the petition, finding the Governor's decision to deny him parole was supported by some evidence. The Court further held the California state courts' adjudication of Petitioner's claim did not result in a "decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States." 28 U.S.C. § 2254(d)(1). The Court's consideration of Petitioner's claims was limited to those portions of the Magistrate Judge's report and recommendation he objected to.

The Court may issue a certificate of appealability only "if jurists of reason could disagree with the district court's resolution of his constitutional claims or . . . jurists could conclude the issues

/ / /

/ / /

/ / /

/ / /

presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Court finds this standard is not met, and therefore **DENIES** the certificate of appealability.

**IT IS SO ORDERED**.

DATED: March 28, 2007

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge